## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TANGELO IP, LLC, | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 2:17-cv-142-JRG |
| v. | ) |
| | ) **LEAD CASE** |
| GAMESTOP CORP., | ) |
|     Defendant. | ) |
| | ) |
| TANGELO IP, LLC, | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 2:17-cv-144-JRG |
| v. | ) |
| | ) |
| NORDSTROM, INC., | ) |
|     Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Stipulated Motion for Dismissal With Prejudice (Dkt. No. 23) of all claims and counterclaims asserted in this case between Plaintiff Tangelo IP, LLC and Defendant Nordstrom, Inc., the Court is of the opinion that the motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted in this suit between Plaintiff Tangelo IP, LLC and Defendant Nordstrom, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT." It is further **ORDERED** that all attorney fees and costs are to be borne by the party that incurred them.

The Clerk is directed to **CLOSE** member case 2:17-cv-144.

**So ORDERED and SIGNED this 26th day of May, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE